**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Roman Catholic Diocese of Albany, New York |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 14-1347456 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **40 North Main street** <br> **Albany, NY 12203** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Albany** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.rcda.org** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☒ Other. Specify: _____ |

Debtor    **The Roman Catholic Diocese of Albany, New York**                    Case number (*if known*) _____
                Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **The Roman Catholic Diocese of Albany, New York**     Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor    **The Roman Catholic Diocese of Albany, New York**                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50  million              ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                   ■ $50,000,001 - $100 million              ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million             ☐ More than $50 billion

Debtor   **The Roman Catholic Diocese of Albany, New York**                    Case number (*if known*) _____
        Name

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 15, 2023**
               MM / DD / YYYY

X **/s/ Fr. Robert P. Longobucco**                    **Fr. Robert P. Longobucco**
  Signature of authorized representative of debtor      Printed name

Title _____

---

**18. Signature of attorney**

X **/s/ Francis J. Brennan**                    Date **March 15, 2023**
  Signature of attorney for debtor                    MM / DD / YYYY

**Francis J. Brennan**
Printed name

**Nolan Heller Kauffman LLP**
Firm name

**80 State Street, 11th Floor**
**Albany, NY 12207**
Number, Street, City, State & ZIP Code

Contact phone  **518-449-3300**        Email address  **fbrennan@nhkllp.com**

**509509 NY**
Bar number and State

AARP Foundation Litigation
Attn: Ali Naini, Esq.
601 E St. NW
Washington, DC 20049


ACS Technologies/Parish Data Sys.
Acct No 5424
P.O. BOX 202010
Florence, SC 29502


AFLAC New York
Attn: Remittance Proc. Svcs.
1932 Wynnton Rd.
Columbus, GA 31999


c/o LaFave Wein & Frament
1 Wall Street
Albany, NY 12205


c/o LaFave Wein & Frament
1 Wall Street
Albany, NY 12205


c/o LaFave Wein & Frament
1 Wall Street
Albany, NY 12205


Albany Associates Cleaning & Supply
292 S. Albany Rd.
PO Box 67
Selkirk, NY 12158


Alession Fasullo
c/o Christ The ing
20 Sumter Ave.
Albany, NY 12203


Alexander Turpin
6 Georgian Terrace
Albany, NY 12206

Alice Clare
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Amy Henry
c/o Herzog Law Firm; Att: J. Reilly
7 Southwoods Blvd, Suite 301
Albany, NY 12211


Andreana Cole
c/o Herzog Law Firm; Att: J. Reilly
7 Southwoods Blvd, Suite 301
Albany, NY 12211


Andreozzi & Associates, PC
Attn: Benjamin D. Andreozzi, Esq.
4503 N. Front Street
Harrisburg, PA 17110


Angela Miczek
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Angela Stewart
Albany Law School; Att: D.A. Pratt
80 New Scotland Ave.
Albany, NY 12208


Ann Marie David
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Ann Testa
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Anne Hotaling
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Anne Nolan
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Barasch McGarry Salzman & Pension
Attn: Domonique Pension, Esq.
11 Park Place, 18th Floor
New York, NY 10007


Barbara Lahey
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Barbara Powers
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Barbara Schwant
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Barbara Yankowski
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Baron & Budd PC
Attn: Kathryn Pryor, Esq.
3102 Oak Lawn Avenue, #1100
Dallas, TX 75219


Bill Claudy Contracting LLC
PO Box 239
Hartwick, NY 13348


Bixby Crable and Stiglemeier, PLLC
Attn: Robert H. Bixby, Esq.
19 Dove St, #301
Albany, NY 12210

Blessings Cafe
3021 Valley Pine DrR.
Schenectady, NY 12305


Bobby Tampuz Sandagan
c/o Corpus Christi
2001 Route 9
Round Lake, NY 12151


Bonina & Bonina, PC
Attn: John Bonina, Esq.
32 Court St, #1700
Brooklyn, NY 11201


Bonni Shipee
4 Partridge Ln
Waterford, NY 12188


Bonnie Benson
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Brennan & White LLP
163 Haviland Rd
Queensbury, NY 12804


Brian Forget
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Capezza Hill, LLP
Attn: Benjamin W. Hill, Esq.
30 S Pearl St, Suite P-110
Albany, NY 12207


Capital Benefits Consulting
PO Box 279
Wynantskill, NY 12198


Carol Brandt
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Cathedral of the ImmaculateConception
125 Eagle St.
Albany, NY 12202


Catherine Carey
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Cathy-Jo Deamer
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Charter Communications
Box 223085
Pittsburgh, PA 15251


Chiacchia & Fleming, LLP
Attn: Daniel J. Chiacchia, Esq.
 5113 South Park Ave
Hamburg, NY 10475


Chris Rakus
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Chris' Coffee Service, Inc.
348 Old Niskayuna Rd.
Latham, NY 12110


Colleen Dzikas
c/o D.A. Pratt, Albany Law School
80 New Scotland Avenue
Albany, NY 12208


Culligan Troy, NY
131 Little Britain Rd.
Newburgh, NY 12550


Cynthia Watroba
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049

Daniel Vallejo Rios
c/o Holy Spirit Church
667 Columbia Turnpike
East Greenbush, NY 12061


David Bonitatibus


David Schaperjahn
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Deb Canary
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Deborah Avery
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Deborah Elliot
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Deborah Giakoumis
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Deborah Mark
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Deborah Maureen Campbell
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Deborah Mcdonald
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Debra Dannunzio
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


DeLorenzo, Grasso & Dalmata, LLP
Attn: Cory Ross Dalmata, Esq.
 670 Franklin St., Suite 100
Schenectady, NY 12305


Denise Whitehouse


DerOhannesian and DerOhannesian
Attn: Paul DerOhannesian, II
159 Wolf Rd, Suite 305
Albany, NY 12205


DeSimone & Associates, LLC
Attn: Ralph DeSimone, Esq.
745 Fifth Ave, Suite 500
New York, NY 10151


Diane Mauro
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Diane OConnor
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Diane Vakiener
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049

Diane Votion
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Diocesan Assessment
PO Box 96992
Washington, DC 20090


Diocesan Directory
c/o The Evangelist
40 N. Main Ave.
Albany, NY 12203


Diocesan Health Insurance Fund
c/o Capital Benefits
385 Jordan Rd
Troy, NY 12180


Doreen Sturgeon
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Douglas & London PC
Attn: Randolph Janis, Esq.
59 Maiden Lane, 6th Fl.
New York, NY 10038


Dr. Neil J. Cervera
902 Washington Ave
Albany, NY 12203


Dreyer Boyajian LLP
75 Columbia Street
Albany, NY 12210


D'Arcy Johnson Day, PC
Attn: Peter Smith, Esq.
3120 Fire Rd, Suite 100
Egg Harbor Township, NJ 08234


E. Stewart Jones Hacker Murphy
Attn: E. Stewart Jones, Jr.
28 2nd street
Troy, NY 12180

c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Elaine Escobales
3 Country Rd.
Albany, NY 12203


Elaine Masi
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Emily Hampton
61 Shadow Wood Way
Ballston Lake, NY 12019


Erica Regan
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Erik K. Schillinger, Esq.
90 State Street
Albany, NY 12207


FDLC
415 Michigan Ave. NE
Suite 70
Washington, DC 20017


FitzGerald Morris Baker Firth PC
Attn: Joshua D. Lindy, Esq.
68 Warren Street
Glens Falls, NY 12801


Forester Haynie PLLC
Attn: Ashley Pileika, Esq.
400 North St. Paul Street, Suite 700
Dallas, TX 75201


Frank Houlihan
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Frederick Ziemann
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Freese & Goss
Attn: Tim K. Goss, Esq.
3500 Maple Ave, Suite 1100
Dallas, TX 75219


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Gair, Gair, Conason, Rubinowitz, et al.
Attn: Peter Saghir, Esq.
80 Pine Street, 34th Floor
New York, NY 10005


Gerald Mcginnis
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Gilbert Jones Kimaro
c/o St. Isaac Jogues HOF
125 Eagle St.
Albany, NY 12202


Gina Faucett
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Gina Martinelli-Painter
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Greenberg & Greenberg
Attn: Mark D. Greenberg, Esq.
Four East Court St
Hudson, NY 12534

Hach Rose Schirripa & Cheverie, LLP
Attn: Michael Rose, Esq.
112 Madison Avenue
New York, NY 10016


Herman Law
434 West 33rd Street
New York, NY 10001


Holly Q. Schulte
10 Orchard Terr.
Burnt Hills, NY 12027


Ianniello Anderson, PC
805 Route 146
Northway 9 Plaza
Clifton Park, NY 12065


c/o Herman Law
434 West 33rd Street
New York, NY 10001


James DeGroff
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


James, Vernon and Weeks P.A.
Attn: Craig K. Vernon, Esq.
220 Lake Dr E, #210
Cherry Hill, NJ 08002


c/o Jordan Merson, Esq., Merson Law
950 3rd Ave., Floor 18
New York, NY 10022


Janet Janet & Suggs, LLC
4 Reservoir Circle
Suite 200
Pikesville, MD 21208

Janet Plourde
c/o AARP Foundation; Att: M. Grenadier
601 E St N W
Washington, DC 20049


Janey Rizzo
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Jasmatie Tennassee


Jean Nealon
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Jeanette Bearzi
c/o D.A. Pratt, Albany Law School
80 New Scotland Avenue
Albany, NY 12208


Jeff Anderson & Associates, PA
Attn: Jeffrey R. Anderson, Esq.
55 West 39th Street, 11th Floor
New York, NY 10018


Jerry Adach
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Jo-Ann Garrison
220 South Swan St.
Albany, NY 12202


Joan Ham
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Joanne Pelletier
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049

John Ham
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Joseph Sacco
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Joseph Testa
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Joyce Staschak
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Joyce Tarantino
540 Columbia Street Ext.
Cohoes, NY 12047


Juanita Aikens-English
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Judith Meisner
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Judy Patrick
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601

Karen B. Dickson
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Karen Bradley
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Karen Brown
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Karen Griffin
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Karen Sachetti
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Kathleen Almond
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Kathleen Bender
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Kathleen Rubin
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Kathryn Seward
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049

Kathy Adrach
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Kazerouni Law Group
Attn: Ramona Ladwig, Esq.
245 Fischer Ave, Suite D1
Costa Mesa, CA 92626


Kelvin Isolda
c/o Brooklyn Legal Svcs, Att: G. Stone
105 Court St, 4th Fl.
Brooklyn, NY 11201


Kethleen Talasco
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


KEY BANK
Cardmember Services
PO Box 89446
Cleveland, OH 44101


LaFave Wein & Frament
Attn: Cynthia S. LaFave, Esq.
1 Wall Street
Albany, NY 12205


Laffey Bucci & Kent, LLP
Attn: Brian T. Kent, Esq.
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107


Laura Mae Huggett
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Laurie Briskie
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Laurie Wasniski
c/o D.A. Pratt, Albany Law School
80 New Scotland Avenue
Albany, NY 12208


Law Office of William L. Nikas
116 Oak Street
Box 267
Hudson Falls, NY 12839


Law Offices of Ronald J. Kim, PC
3257 US-9
#5
Saratoga Springs, NY 12866


Law Offices of Walter John Thompson
250 W 57th St
New York, NY 10107


Lee Sheldon
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Leonard Adams


Leslie Lastra
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Levern Mosier
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Levy Konigsberg, LLP
Attn: Anna Kull, Esq.
605 3rd Ave, 33rd floor
New York, NY 10158


Linda Bucciferra
c/o Herzog Law Firm; Att: J. Reilly
7 Southwoods Blvd, Suite 301
Albany, NY 12211

```
Linda Pusz
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Lipsitz Green Scime Cambria LLP
Attn: Amy Keller, Esq.
42 Delaware Ave, #120
Buffalo, NY 14202


Lori A Zampella
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Louann Keast
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Louis Pietrocario
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Lynn Dalessandris
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049



c/o Herman Law
434 West 33rd Street
New York, NY 10001



c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601



c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601
```

Mancilla & Fantone, LLP
Attn: Andrew Mancilla, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016


Marc J. Bern and Partners LLP
60 E 42nd St
#950
New York, NY 10165


Marc Marchand
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Maria Peart
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Maria Sacco
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Marianne L Ostrander
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Marie Bernadett
23 West Meadow Dr.
Albany, NY 12203


Mark Kline
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Marsh Law Firm PLLC
151 East Post Road
Suite 102
White Plains, NY 10601

Martha Paraszczak
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Martin Harding & Mazzotti, LLP
Attn: Thomas J. Mortati, Esq.
111 Washington Avenue, Suite 750
Albany, NY 12210


Mary Cieszynski
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Mary Hartshorne
c/o Brooklyn Legal Services
105 Court St, 4th Fl.
Brooklyn, NY 11201


Mary Houlihan
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Mary Pagano
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Mary Pat Ambrosino
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Mary T. Agars


Mary Taber
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049

Marybeth Sullivan
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Mater Christi Parish
40 Hopewell St.
Albany, NY 12208


Matthews & Associates
Attn: David P. Matthews, Esq.
2905 Sackett Avenue
Houston, TX 77098


Maureen A. Kennedy
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Maureen Battiste
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Melinda Martin
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Melissa OClair
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Merson Law
950 3rd Ave
Floor 18
New York, NY 10022




Michael G. Dowd, Esq.
600 3rd Ave
#15
New York, NY 10016

Michael Spina
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Morgenstern Devoesick PLLC
Attn: Jason P. Dionisio, Esq.
1080 Pittsford Victor Rd, #200
Pittsford, NY 14534


Motley Rice, LLC
Attn: Daniel Lapinski, Esq.
20 Church Street
Hartford, CT 06103


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Nancy Billsborrow
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Nancy Hunter
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Newport Trust Co.
PO Box 22214
New York, NY 10087


Nia C. Cholakis
7 Coyote Lane
Troy, NY 12180


Noaker Law Firm, LLC
Attn: Patrick Noaker, Esq.
1600 Utica Ave S, 9th Floor
St. Louis Park, MN 55416

```
O'Connell and Aronowitz
Attn: Stephen R. Coffey, Esq.
54 State Street
Albany, NY 12207


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Office of the NYS Attorney General
The Capitol
Albany, NY 12224


Oliver & Oliver
Attn: Lewis B. Oliver, Esq.
156 Madison Avenue
Albany, NY 12202


Otis Elevator Company
PO BOX 13716
Newark, NJ 07188


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Parker Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050


Parkview Landscaping
Jarrett J. Carroll
24 SWARTSON COURT
Albany, NY 12209


Patrica Motyl
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Patricia Bonitatibus
```

Patricia Butler
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Patricia Caulfield
c/o D.A. Pratt, Albany Law School
80 New Scotland Avenue
Albany, NY 12208


Patricia Flacke
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Patricia Pangburn
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Patricia Severino
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Patrick OHanion
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Patrick Sweeney
c/o Our Lady of Hope
9 Wheeler Ave.
Whitehall, NY 12887


Patti Apa
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Paul A. Ehmann
219 Lenox Ave.
Albany, NY 12208

Paul Cieszynski
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Paul McDonald
c/o St. Theresa Child Jesus
5188 Route 23
Windham, NY 12496


Pawling Flower Shop
532 Pawling Ave.
Troy, NY 12180


Peggy Kilinski
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Peter Jones
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Pfau Cochran Vertetis Amala PLLC
403 Columbia St
Suite 500
Seattle, WA 98104


Phillips  Paolicelli, LLP
Attn: Danielle George, Esq.
747 3rd Avenue, 6th Floor
New York, NY 10017


Powers and Santola
100 Great Oaks Blvd
#123
Albany, NY 12203


Quadient Finance USA, Inc.
Dept. 3682
PO Box 123682
Dallas, TX 75312-3682

```
c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Randal Herbert
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Randy Stark
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Rebecca Billsborrow
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Rebecca Debiase
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Renee Morgiewicz
595 New Loudon Rd. #106
Latham, NY 12110


Rev. Charles Onyeneke
c/o Blessed Sacrament
607 Central Ave.
Albany, NY 12206


Rev. David LeFort
40 Hopewell Street
Albany, NY 12208
```

Rev. G. Anthony Childs
St. Michael the Archangel
80 Saratoga Ave.
South Glens Falls, NY 12803


Rev. Matthew H. Frisoni
2777 Albany Street
Schenectady, NY 12304


Rev. Paul Catena
c/o Church of the Annuniciation
109 West St.
Ilion, NY 13357


Rev. Robert P. Longobucco
2216 Rosa Rd
Schenectady, NY 12309


Rev. Stephen Yusko
3500 Carman Rd
Schenectady, NY 12303-5320


Rheingold Giuffra Ruffo & Plotkin LLP
Attn: Jeremy A. Hellman, Esq.
551 5th Ave, 29th Floor
New York, NY 10017


Richard Mark
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Richard P. Hahn
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Romer Wallens
13 Columbia Circle
Albany, NY 12203


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601

c/o Herman Law
434 West 33rd Street
New York, NY 10001


Sakkas Cahn & Weiss, LLP
Attn: Adam D. Cahn, Esq.
110 E 42nd St, Suite 1508
New York, NY 10017


Salenger Sack Kimmel & Bavaro, LLP
Attn: Carla A. Pinto, Esq.
180 Froehlich Farm Blvd
Woodbury, NY 11797


Sandra Shepler


Sandy Civitello
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Seeger Weiss, LLP
Attn: Stephen A. Weiss, Esq.
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660


Shannon Webb


Sharon Hoffman
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Sharon Winner


Sheila Cristello
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049

Sherry Stark
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Sienna College
Attn: Norah Funicello
515 Louden Road
Loudenville, NY 12211


Simmons Hanly Conroy, LLC
Attn: Paul Hanly, Esq.
112 Madison Avenue, 7th Floor
New York, NY 10016


Slater Slater Schulman LLP
Attn: Adam P. Slater, Esq.
488 Madison Ave
New York, NY 10022


Smalline & Harri
100 State Street
Suite 300
Albany, NY 12207


Smith Dominelli Guetti, LLC
Attn: Christopher A. Guetti, Esq.
1031 Watervliet Shaker Rd, Suite 201
Albany, NY 12205


Spectrum
PO Box 4617
Carol Stream, IL 60197-4617


St. Edmund's Retreat, Inc.
1 EndersIsland
PO Box 399
Mystic, CT 06355


Stephen Fishel
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20041-9000

Sue Mckinney
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Sullivan Papain Block McGrath et al
Attn: Eric Schwarz, Esq.
120 Broadway, 27th floor
New York, NY 10271


Susan Carusone
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Suzanne Zarillo
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Suzen Golden
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Sweeney, Reich & Bolz, LLP
Attn: Gerard J. Sweeney, Esq.
1981 Marcus Avenue, #200
Lake Success, NY 11042


c/o Marsh Law Firm PLLC
151 East Post Road, Suite 102
White Plains, NY 10601


Tara Meaney
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Taylor News Service
81 McKown Rd
Albany, NY 12203-3437

The Hartford
Group Benefits Division
P.O. BOX 8500-3690
Philadelphia, PA 19178-3690


The Institute for Priestly Formation
11626 Nicholas St.
Omaha, NE 68154


The Mandel Law Firm
370 Lexington Ave
Suite 505
New York, NY 10017


The Scagnelli Law Firm
Attn: Peter J. Scagnelli, Esq.
48 Columbia St, #1
Albany, NY 12207


The Zalkin Law Firm, P.C.
Attn: Irwin Zalkin, Esq.
1441 Broadway, Suite 3147
New York, NY 10018


Thomas Billsborrow
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Timothy Billsborrow
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Tina OHanion
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Tobin & Dempf LLP
Attn: Michael L. Costello, Esq.
515 Broadway
Albany, NY 12207

Total Communication Integration
Keenan Communications Group
438 Main St., Suite 500
Buffalo, NY 14202


Trevett Cristo
Attn: Melanie Wolk, Esq.
2 State St #1000
Rochester, NY 14614


Trustco Bank
Trust Operations
P.O. Box 380
Troy, NY 12180-0380


Truview BSI, LLC
25 Newbridge Rd
Suite 210
Hicksville, NY 11801


Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680


United Parcel Service
PO Box 809488
Chicago, IL 60680-9488


USCCB/RESPECT LIFE
PO BOX 96991
Washington, DC 20090-6991


Verizon Wireless
P.O. BOX 408
Newark, NJ 07101-0408


Virginia Daley
25 W. Dillenbeck Dr.
Albany, NY 12203


Virginia Kunkel, CPA
63 Van Schoick Ave.
Albany, NY 12208

W.B. Mason CO., INC.
PO Box 981101
Boston, MA 02298-1101


W.B. O'Conner Church Goods, Inc.
897 New Louden Rd.
Latham, NY 12110


Weitz & Luxenberg PC
Attn: Carmen Cruz, Esq.
700 Broadway
New York, NY 10003


Wendy Quay
c/o AARP Foundation; Att: M. Grenadier
601 E St NW
Washington, DC 20049


Western Surety Company
101 S. Reid Street
Suite 300
Sioux Falls, SD 57103


William Fennicks
c/o AARP Foundation; Att: M. Grenadier
601 E St. NW
Washington, DC 20049


Williams Cedar LLC
Attn: Shauna L. Friedman, Esq.
One S Broad Street, Suite 1510
Philadelphia, PA 19107