| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Diocese of Albany, New York |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 23-10244 |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ■■■ c/o LaFave Wein & Frament 1 Wall Street Albany, NY 12205 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■■■ c/o LaFave Wein & Frament 1 Wall Street Albany, NY 12205 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■■■ c/o LaFave Wein & Frament 1 Wall Street Albany, NY 12205 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■■■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■■■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■■■ c/o Herman Law 434 West 33rd Street New York, NY 10001 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |

Debtor: **The Roman Catholic Diocese of Albany, New York**
Name

Case number (if known): 23-10244

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ▇ c/o Jordan Merson, Esq., Merson Law 950 3rd Ave., Floor 18 New York, NY 10022 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Herman Law 434 West 33rd Street New York, NY 10001 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Herman Law 434 West 33rd Street New York, NY 10001 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ▇ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |

Debtor __The Roman Catholic Diocese of Albany, New York__  Case number *(if known)* __23-10244__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■ c/o Herman Law 434 West 33rd Street New York, NY 10001 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |
| ■ c/o Marsh Law Firm PLLC 151 East Post Road, Suite 102 White Plains, NY 10601 | | CVA Lawsuit | Contingent Unliquidated Disputed | | | *$100,000.00 |

*For each CVA Lawsuit, the claim amount has been estimated solely for the purposes of identifying a list of the top 20 unsecured creditors.