UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 23-10244 |
| THE ROMAN CATHOLIC DIOCESE OF ALBANY, NEW YORK | Chapter 11 |
| Debtor. | Judge Robert E. Littlefield, Jr. |

## BURNS BAIR LLP'S MONTHLY FEE STATEMENT FOR NOVEMBER 2023

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 295], Burns Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Tort Claimants (the "Committee"), hereby files this monthly fee statement seeking compensation for reasonable and necessary services rendered to the Committee from November 1, 2023 through November 30, 2023 (the "Compensation Period") in the amount of $16,168.40 (80% of $20,210.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $2,186.22.

Burns Bair's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes the names, titles, billing rates, aggregate hours worked, and a description of services performed for all Burns Bair professionals and paraprofessionals who provided services to the Committee during the Compensation Period and a list of expenses Burns Bair incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date:  December 20, 2023

/s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
**Burns Bair LLP**
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel the Official
Committee of Tort Claimants*

**EXHIBIT A**

## Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Diocese of Albany UCC**

**Issue Date :**   12/19/2023

**Bill # :**   01300

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/3/2023 | Jesse Bair | Correspondence with L. Kugler re Diocesan insurance production (.1); | 0.10 | $70.00 |
| 11/4/2023 | Jesse Bair | Review T. Burns and R. Kugler correspondence re call to discuss the Diocese's mediation motion and proposed stay of insurance adversary proceeding (.1); | 0.10 | $70.00 |
| 11/4/2023 | Timothy Burns | Review the Diocese's global mediation motion (.4); correspondence with Stinson and J. Bair re strategy issues re same (.2); | 0.60 | $420.00 |
| 11/5/2023 | Karen Dempski | Begin download/upload of Diocese insurance document production (.5); | 0.50 | $170.00 |
| 11/6/2023 | Timothy Burns | Met with J. Bair re insurance case developments and next-steps (.1); | 0.10 | $70.00 |
| 11/6/2023 | Karen Dempski | Complete download/upload of Diocese insurance document production (.4); | 0.40 | $136.00 |
| 11/6/2023 | Jesse Bair | Participate in conference with T. Burns re insurance case developments and next-steps (.1); | 0.10 | $70.00 |
| 11/7/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re recent case developments, insurance strategy, and the Debtor's mediation motion (.4); | 0.40 | $280.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re recent case developments, insurance strategy, and the Debtor's mediation motion (.4); | 0.40 | $280.00 |
| 11/10/2023 | Timothy Burns | Correspondence with the Diocese re its global mediation motion (.2); correspondence with Stinson re same (.1); | 0.30 | $210.00 |
| 11/10/2023 | Jesse Bair | Review correspondence with the Debtor and T. Burns re Debtor's mediation motion and related insurance issues (.1); | 0.10 | $70.00 |
| 11/13/2023 | Jesse Bair | Participate in call with T. Burns re insurance issues re the Debtor's mediation motion (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/2023 | Timothy Burns | Prep for call with the Debtor re its global mediation motion and related insurance issues (.3); participate in call with the Debtor re same (.2); participate in call with R. Kugler re same (.1); participate in call with J. Bair re same (.1); | 0.70 | $490.00 |
| 11/14/2023 | Timothy Burns | Participate in additional call with the Diocese re its mediation motion and related insurance issues (.2); participate in call with R. Kugler re same (.2); met with J. Bair re same (.2); | 0.60 | $420.00 |
| 11/14/2023 | Jesse Bair | Review and edit the Committee's limited objection to the Debtor's mediation referral motion (.3); participate in conference with T. Burns re recent call with the Diocese re its mediation motion and related insurance issues (.2); | 0.50 | $350.00 |
| 11/15/2023 | Jesse Bair | Correspondence with Stinson re suggested edits to the Committee's limited objection to the Diocese's mediation motion (.1); | 0.10 | $70.00 |
| 11/15/2023 | Timothy Burns | Review and revise the Committee's limited objection to the Diocese's mediation motion (.4); correspondence with J. Bair re same (.1); | 0.50 | $350.00 |
| 11/17/2023 | Jesse Bair | Review R. Kugler correspondence to the Debtor re the Debtor's mediation motion and upcoming hearing re same (.1); | 0.10 | $70.00 |
| 11/18/2023 | Jesse Bair | Review correspondence with T. Burns and R. Kugler re strategy and prep for hearing on the Debtor's mediation motion (.1); participate in call with T. Burns re same (.1); review T. Burns correspondence with the Debtor re same (.1); | 0.30 | $210.00 |
| 11/18/2023 | Timothy Burns | Review and respond to R. Kugler correspondence re mediation motion hearing (.2); begin preparing for hearing (1.2); participate in call with J. Bair re hearing (.1); prepare response to the Diocese re its refusal to withdraw insurance stay request (.8); | 2.30 | $1,610.00 |
| 11/19/2023 | Jesse Bair | Review correspondence with R. Kugler and T. Burns re hearing prep on the Debtor's mediation and stay motion (.1); | 0.10 | $70.00 |
| 11/20/2023 | Timothy Burns | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $70.00 |
| 11/20/2023 | Timothy Burns | Participate in call with R. Kugler re preparation for hearing re mediation motion and potential insurance stay (.4); | 0.40 | $280.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re hearing prep on the Diocese's mediation motion (.1); | 0.10 | $70.00 |
| 11/20/2023 | Karin Jonch-Clausen | Analyze and prepare key case materials for review by T. Burns in connection with preparation for upcoming hearing on the Diocese's mediation motion and proposed stay of the insurance action (2.4); | 2.40 | $1,140.00 |

| 11/20/2023 | Karin Jonch-Clausen | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $47.50 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re hearing prep on the Diocese's mediation motion (.1) | 0.10 | $70.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $70.00 |
| 11/20/2023 | Jesse Bair | Review and edit J. Bair and T. Burns pro hac vice motions (.1); | 0.10 | $70.00 |
| 11/21/2023 | Jesse Bair | Correspondence with L. Kugler and T. Burns re the Debtor's mediation reply brief (.1); | 0.10 | $70.00 |
| 11/21/2023 | Karin Jonch-Clausen | Review the Diocese's mediation motion and related briefing in connection with upcoming hearing re same (.6); participate in conference with T. Burns re upcoming hearing and preparations needed for same (.2); | 0.80 | $380.00 |
| 11/21/2023 | Karin Jonch-Clausen | Review and edit T. Burns' draft PowerPoint re arguments for upcoming November 22 hearing on the Diocese's mediation motion (.3); | 0.30 | $142.50 |
| 11/21/2023 | Timothy Burns | Prepare for hearing on global mediation motion and potential insurance stay (5.8); participate in call with R. Kugler re same (.2); participate in call with state court counsel re same (.3); conference with K. Jonch-Clausen re same (.1); | 6.40 | $4,480.00 |
| 11/22/2023 | Timothy Burns | Continue preparing for hearing re the Diocese's mediation motion and proposed stay of the insurance action (2.8); participate in hearing re same (2.8); post-hearing discussion with R. Kugler re same (.2), participate in call with J. Bair re same (.2); conference with K. Jonch-Clausen re same and next-steps (.4); | 6.40 | $4,480.00 |
| 11/22/2023 | Karin Jonch-Clausen | Review LMI's motion to withdraw the reference (.3); correspondence with T. Burns re same (.1); | 0.40 | $190.00 |
| 11/22/2023 | Karin Jonch-Clausen | Participate in November 22 hearing re proposed mediation order, stay of insurance action, and various motions to compel (2.8); participate in conference with T. Burns re outcome of same and next-steps (.4); | 3.20 | $1,520.00 |
| 11/22/2023 | Jesse Bair | Review the Debtor's reply brief in support of its mediation motion (.1); | 0.10 | $70.00 |
| 11/22/2023 | Jesse Bair | Review LMI's motion to withdraw the reference (.2); review correspondence with R. Kugler and T. Burns re same and strategy for upcoming hearing (.2); | 0.40 | $280.00 |
| 11/22/2023 | Jesse Bair | Attend via Zoom portion of hearing on the Diocese's mediation motion (1.0); participate in call with T. Burns re outcome of same and next-steps re case insurance strategy (.2); | 1.20 | $840.00 |
| 11/25/2023 | Karin Jonch-Clausen | Prepare and circulate summary of mediation motion hearing outcome and next-steps (.3); | 0.30 | $142.50 |

| | | | | |
|---|---|---|---|---|
| 11/28/2023 Karen Dempski | Draft notices of appearance for T. Burns and J. Bair (.2); correspond with J. Bair re same (.1); | 0.30 | $102.00 |
| 11/30/2023 Jesse Bair | Conference with Stinson re motion to withdraw the reference response (.1); | 0.10 | $70.00 |
| 11/30/2023 Jesse Bair | Correspondence with T. Burns re subsequent hearing on the Debtor's mediation motion (.1); | 0.10 | $70.00 |

| **Total Hours and Fees** | **31.90** | **$20,210.50** |
|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/21/2023 | Uber, T.Burns & K.Jonch-Clausen (Airport to Hotel) | $84.56 |
| 11/21/2023 | United Airlines, inflight Wi-Fi, T. Burns | $8.00 |
| 11/21/2023 | United Airlines, T. Burns (ORD-ALB, Nov. 21-22) | $745.79 |
| 11/21/2023 | United Airlines, K. Jonch-Clausen (ORD-ALB, Nov. 21-22) | $745.79 |
| 11/22/2023 | Travel Meal: T.Burns & K.Jonch-Clausen | $60.36 |
| 11/22/2023 | Travel Meal: T.Burns & K.Jonch-Clausen | $15.16 |
| 11/22/2023 | Hotel, T. Burns (1 night) | $288.19 |
| 11/22/2023 | Hotel, K.Jonch-Clausen (1 night) | $189.24 |
| 11/22/2023 | Uber, T.Burns & K.Jonch-Clausen (Hotel to Airport) | $49.13 |

| **Total Expenses** | **$2,186.22** |
|---|---|

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jesse Bair | Partner | 4.30 | $700.00 | $3,010.00 |
| Karen Dempski | Paralegal | 1.20 | $340.00 | $408.00 |
| Karin Jonch-Clausen | Associate | 7.50 | $475.00 | $3,562.50 |
| Timothy Burns | Partner | 18.90 | $700.00 | $13,230.00 |

**Total Due This Invoice: $22,396.72**

## <u>CERTIFICATE OF SERVICE</u>

I, Jess Rehbein, hereby certify that on December 20, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following notice parties via email:

| | |
|---|---|
| <u>The Debtor</u><br>40 North Main Avenue<br>Albany, New York 12203<br>Barbara.Murin@rcda.org | <u>Counsel for the Debtor</u><br>Nolan Heller Kauffman LLP<br>Attn: Francis J. Brennan, Esq.<br>80 State Street, 11th Floor<br>Albany, New York 12207<br>fbrennan@nhkllp.com |
| <u>Counsel for the Official Committee of</u><br><u>Unsecured Creditors</u><br>Lemery Greisler LLC, 677<br>Attn. Paul A. Levine, Esq.<br>Broadway, 8th Floor<br>Albany, New York 12207<br>plevine@lemerygreisler.com | <u>The Office of the United States Trustee</u><br>Attn: Lisa Penpraze, Esq.<br>Assistant United States Trustee<br>Leo O'Brien Federal Building<br>11A Clinton Ave., Room 620<br>Albany, NY 12207<br>lisa.penpraze@usdoj.gov |

Date: December 20, 2023                    */s/ Jess Rehbein*
                                                         Jess Rehbein