So Ordered.

Signed this 17 day of June, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-10244 |
| THE ROMAN CATHOLIC DIOCESE OF ALBANY, NEW YORK, | Chapter 11 |
| Debtor. | Judge Robert E. Littlefield, Jr. |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF STINSON LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter is before the Court on the *Third Interim Application of Stinson LLP, Counsel to the Official Committee of Tort Claimants, for Allowance of Compensation and Reimbursement of Expenses*. Based on the record, files, and proceedings in this matter:

**IT IS ORDERED:**

1. Compensation to Stinson LLP in the amount of $363,759.50[1] and reimbursement of expenses in the amount of $7,532.60 is ALLOWED.

2. The Debtor may pay Stinson LLP the amounts allowed under paragraph 1.

---

[1] Stinson reduced its requested fees from $367,259.50 to $363,759.50 after discussions with the United States Trustee.

CORE/3528080.0002/189046766.1

###