**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No.: 23-10244 |
| The Roman Catholic Diocese of Albany, New York, | Chapter 11 |
| Debtor. | |

---

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES

Pursuant to Local Bankruptcy Rule 2091-1, Jeff D. Kahane, Nathan Reinhardt, and Timothy W. Evanston (the "Movants"), formerly of Duane Morris LLP, seek leave to withdraw as counsel for the Certain Underwriters at Lloyd's, London and certain London Market Insurance Companies (collectively, "London Market Insurers" or "LMI")[1]. In support of this Motion, Movants state as follows:

1. Effective February 10, 2025, Mr. Kahane, Mr. Reinhardt and Mr. Evanston will become attorneys at Skarzynski Marick & Black LLP ("Skarzynski Marick").

2. Mr. Kahane, Mr. Reinhardt and Mr. Evanston will file new Notices of Appearance shortly.

///

///

///

---

[1] LMI include Certain Underwriters at Lloyd's, London subscribing to policies issued to the Diocese of Albany, New York for periods effective from September 1, 1978 to September 1, 1991, Catalina Worthing Insurance Ltd (CWIL) f/k/a Hartford Financial Products International (as Part VII transferee of Excess Insurance Co. Ltd.), RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC), and Tenecom Ltd. (formerly known as Yasuda).

1

3.     WHEREFORE, the Movants (a) seek leave to withdraw, (b) request entry of an order granting this motion, and (c) request such other and further relief as may be just and proper.

Dated:  February 10, 2025                              **Skarzynski Marick & Black LLP**

By: */s/Jeff D. Kahane*
Jeff D. Kahane

By: */s/Nathan Reinhardt*
Nathan Reinhardt

By: */s/ Timothy W. Evanston*
Timothy W. Evanston

*Counsel for Certain Underwriters at Lloyd's, London and certain London Market Insurance Companies*