# WHITEMAN OSTERMAN & HANNA LLP

Attorneys at Law
www.woh.com

80 State Street, 11th Floor
Albany, New York 12207
518.487.7600 phone
518.487.7777 fax

Brennan, Francis J.
Partner
518-432-3159 phone
FBrennan@woh.com

February 19, 2025

**VIA CM-ECF**
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court NDNY
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

    Re:    **The Roman Catholic Diocese of Albany, New York ("Debtor")**
             **Chapter 11; Case No.: 23-10244**

Dear Judge Littlefield:

Enclosed please find a proposed Tolling Agreement by and between respective counsel for the Albany Diocesan School Board, Catholic Charities of the Albany Diocese, the Cathedral of the Immaculate Conception, Albany Diocesan Cemeteries, the Official Committee of Tort Creditors and The Roman Catholic Diocese of Albany, New York tolling the deadline for the commencement of potential avoidance actions.

If the proposed agreement is acceptable to the Court, the parties respectfully request that the Court enter the accompanying order approving the agreement, which order has been uploaded to the Court.

Counsel for the parties appreciate the Court's consideration of this request.

                                            **WHITEMAN OSTERMAN & HANNA LLP**

                                            Francis J. Brennan

cc:    CM-ECF Parties